

SEALED DOCUMENT PURSUANT
TO E-GOVERNMENT ACT OF 2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. SA-07-CR-556-OG |
| Plaintiff, | **INDICTMENT** |
| VS. | 18 USC § 922(g)(1) <br> Possession of a firearm by convicted felon |
| DOUGLAS ALLEN EWERT | 18 USC § 922(j) <br> Possession of stolen firearm |
| Defendant. | 18 USC § 1708 <br> Possession of stolen mail matter |

THE GRAND JURY CHARGES:

### COUNT ONE
[18 U.S.C. § 922(g)(1)]

On or about March 12, 2007, in the Western District of Texas, Defendant,

**DOUGLAS ALLEN EWERT,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Glock, Model 23, .40 caliber semi-automatic pistol, serial number #DHP890, in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO
[18 U.S.C. § 922(j)]

On or about March 12, 2007, in the Western District of Texas, Defendant,

**DOUGLAS ALLEN EWERT,**

received, concealed, and possessed a firearm, to wit: a Glock, Model 23, .40 caliber semi-automatic pistol, serial number #DHP890, which had been shipped and transported in interstate commerce before it was stolen, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18 United States Code, Section 922(j).

**COUNT THREE**
[18 U.S.C. § 1708]

On or about March 12, 2007 in the Western District of Texas, the Defendant,

**DOUGLAS ALLEN EWERT,**

did unlawfully have in his possession mail and articles and things contained within the mail: to wit, checks and bank correspondence which had been stolen, taken, and abstracted from mail, which had been placed in authorized depositories for mail matter, knowing the same to have been stolen.

All in violation of Title 18, United States Code Section 1708.

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
THOMAS P. MOORE
Assistant United States Attorney